# klein llc

919 N. MARKET STREET
SUITE 600
WILMINGTON, DE 19801
WWW.KLEINLLC.COM

**Julia B. Klein**  (302) 438-0456
Attorney at Law  klein@kleinllc.com

May 8, 2019

*VIA CM/ECF AND BY HAND*
The Honorable Laurie Selber Silverstein
United States Bankruptcy Court for the District of Delaware
824 N. Market Street, 6th Floor
Wilmington, DE 19801

    Re:    **Tracy Laverne Norman-Palmer**
            <u>**Limited Appearance in Chapter 7 Case No. 19-10888-LSS**</u>

Dear Judge Silverstein:

    I write in reference to the above-referenced chapter 7 case and Ms. Tracy Laverne Norman-Palmer, the debtor, and hereby enter my appearance behalf of the Debtor for the limited purpose of requesting an extension of the Debtor's deadline to submit certain information, including the bankruptcy schedules, to the Court by this Thursday, May 9, 2019.[1]

    I am a member of the Delaware State Bar Association ("<u>DSBA</u>") and subscribe to the DSBA's lawyer referral system. I occasionally receive requests for legal assistance through this referral system. These requests for legal assistance are communicated to all attorneys registered to receive requests in certain practice areas, such as "bankruptcy," "litigation," etc., and that there is no obligation to respond to any particular request.

    Ms. Norman-Palmer submitted a request for legal assistance in connection with her chapter 7 case to the DSBA referral system portal on May 1, 2019. I reviewed the submission on May 3 and immediately reached out to Ms. Norman-Palmer due to the urgency of her request. (I do not generally represent individuals in chapter 7 cases.) Ms. Norman-Palmer informed me that someone at a Delaware legal volunteer organization already had contacted and matched her with a *pro bono* attorney. She was, however, very concerned because she had not heard back from that organization or the attorney, the Court-imposed May 9 deadline was approaching quickly,

---

[1]    *See* D.I. 4 ("Must Submit Schedules A thru H, Summary of Schedules & Declaration Concerning the Debtor's Schedules, Statement of Financial Affairs & Declaration, Statement of Current Monthly Income & Means Test Due by 05/09/2019").

and she was overwhelmed by all the paperwork she had received from the Court that she was required to complete.

To address her concerns, I gave Ms. Norman-Palmer my contact information and informed her that, while I would not represent her in her chapter 7 case, I would be happy to assist her in seeking to obtain and extension of the May 9 deadline if she did not hear back from the organization or the *pro bono* attorney by Tuesday, May 7. Ms. Norman-Palmer called me last night to report that she had not. (However, over the weekend, she had made a list of those parties she believes to be creditors of hers.)

Based on the foregoing, I respectfully request that the May 9 deadline be extended by an additional 14 days, or until May 23, 2019, to allow Ms. Norman-Palmer to continue her efforts to obtain legal counsel and complete and submit to the Court the required bankruptcy schedules, statement of financial affairs, and certificate of credit counseling. It is my understanding that Ms. Norman-Palmer will appear at the hearing scheduled for tomorrow, May 9, at 2:30 p.m. and will be prepared to address any questions or concerns of the Court concerning this request.

I am available at the convenience of the Court should Your Honor have any questions. Unfortunately, due to a previous commitment, I am scheduled to be out of town tomorrow and likely will not be able to attend the hearing. During that time, however, I can be reached directly at (302) 438-0456 and am available to participate telephonically if the Court deems appropriate.

        Respectfully submitted,

        */s/ Julia Klein*

        Julia B. Klein (DE 5198)

Cc.: Ms. Norman-Palmer (via email)